IN THE MATTER OF MARK D. HOMER.
(SUPREME COURT DISCIPLINARY No. 494)
(345 SE2d 335)

PER CURIAM.

Mark D. Homer was charged with violating Standard 66 of State Bar Rule 4-102. He admits the violation of this Standard in that he entered a plea of guilty in the Criminal Court of Knox County, Tennessee on the 6th day of January, 1986 to the crime of second degree murder. In keeping with Standard 66, a member of the State Bar of Georgia may be disbarred upon conviction of a crime involving moral turpitude. Prior to the finding of probable cause by the State Disciplinary Board, Mr. Homer filed with the State Disciplinary Board a pe-

tition for voluntary surrender of his license to practice law. The Board recommends that the petition be granted. This recommendation is approved.

*All the Justices concur.*

DECIDED JULY 2, 1986.

*William P. Smith III, General Counsel State Bar, Joe David Jackson, Assistant General Counsel State Bar,* for State Bar of Georgia.

*Charles W. B. Fels,* for Homer.

*All the Justices concur.*